# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                     **Case No. 19-CR-248**

KENDELL R. NEWKIRK,

    Defendant.

## REPORT AND RECOMMENDATION

On July 6, 2020, defendant, Kendell R. Newkirk, appeared before me via video conference for a Federal Rule of Criminal Procedure 11 hearing. Pursuant to the Coronavirus Aid, Relief, and Economic Security ("CARES") Act of 2020, I found that the plea could not be further delayed without serious harm to the interest of justice. Newkirk waived his right to appear in person and consented to appear via videoconference.

Newkirk waived indictment and entered a plea of guilty to Count 1 in the Information. After cautioning and examining Newkirk under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of the offense.

**NOW, THEREFORE, IT IS RECOMMENDED** that Newkirk's plea of guilty be accepted; that a presentence investigation and report be prepared; and that Newkirk be adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 7th day of July, 2020.

BY THE COURT

*s/ Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge